# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ETIMINE USA INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. |
| | ) |
| GOKHAN YAZICI, and | ) JURY DEMAND |
| YZC CONSULTING LTD., | ) |
| | ) |
| Defendants. | ) |

## DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Etimine USA, Inc. ("Etimine"), in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

Dated: May 15, 2020

By: */s/ Stephen S. Stallings*
Stephen S. Stallings, Esq.
PA Bar No. 205131
**THE LAW OFFICES OF STEPHEN S. STALLINGS, ESQ.**
310 Grant Street, Suite 3600
Pittsburgh, PA 15219
Tel: 412-322-7777
Fax: 412-322-7773
attorney@stevestallingslaw.com

Mehmet Baysan (NY 4922159)
(*pro hac vice* to be filed)
**BREEDING HENRY BAYSAN PC**

7 World Trade Center
250 Greenwich Street, 46th Floor
New York, NY 1006
Tel: 212-235-1127
mbaysan@bhblegal.com

Matthew W. Olinzock (NY 4926846)
(*pro hac vice* to be filed)
**BREEDING HENRY BAYSAN PC**
900 South Gay Street, Suite 1950
Knoxville, Tennessee 37902
Tel: 865-670-8535
Fax: 865-670-8536
molinzock@bhblegal.com

*Counsel for Plaintiff Etimine USA, Inc.*

## **CERTIFICATE OF SERVICE**

I, Stephen S. Stallings, an attorney, certify that on May 15, 2020, I served the above foregoing document by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system..

>*/s/ Stephen S. Stallings*
>Stephen S. Stallings, Esq.