# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ETIMINE USA INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2:20-cv-713 |
| | ) | |
| GOKHAN YAZICI, and | ) | JURY DEMAND |
| YZC CONSULTING LTD., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MATTHEW W. OLINZOCK

Matthew W. Olinzock, undersigned counsel for Plaintiff Etimine USA, Inc. ("Etimine USA"), hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff Etimine USA pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Matthew W. Olinzock filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: 18th day of May, 2020

/s/ Matthew W. Olinzock

Matthew W. Olinzock BPR 037948
BREEDING HENRY BAYSAN PC
900 South Gay Street, Suite 1950
Knoxville, Tennessee 37902
Tel: 865-670-8535
Fax: 865-670-8536
molinzock@bhblegal.com
*Counsel for Plaintiff Etimine USA, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ETIMINE USA INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2:20-cv-713 |
| | ) | |
| GOKHAN YAZICI, and | ) | JURY DEMAND |
| YZC CONSULTING LTD., | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF MATTHEW W. OLINZOCK**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Matthew W. Olinzock, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff Etimine USA, Inc. ("Etimine") pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Matthew W. Olinzock, being duly sworn, do hereby depose and say as follows:

1. I am a Partner in the law firm of Breeding Henry Baysan PC.

2. My business address is 900 South Gay Street, Suite 1950, Knoxville, Tennessee 37902.

3. I am a member in good standing of the bar of the state of Tennessee.

4. My bar identification number is TN BPR 037948.

5. I am also a member in good standing of the following bars:

    a. State of New York;

    b. United States District for the Southern District of New York.

    c.   United States District for the Northern District of New York;

    d.   United States District for the Eastern District of New York;

    e.   United States District Court for the Eastern District of Tennessee; and

    f.   United States Court of Appeals for the Third Circuit

6.   As my primary bar of practice, a current certificate of good standing from the Supreme Court of Tennessee is attached to this Affidavit as Exhibit 1.

7.   I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8.   I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9.   Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.


Dated: 18th day of May, 2020                     /s/ Matthew W. Olinzock

                                                  Matthew W. Olinzock BPR 037948

## **CERTIFICATE OF SERVICE**

I, Matthew W. Olinzock, an attorney, certify that on May 18, 2020, I served the above foregoing by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.


/s/ Matthew W. Olinzock
Matthew W. Olinzock BPR 037948

# Exhibit 1

# *Supreme Court of Tennessee*

# *Certificate of Good Standing*

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## *Matthew William Olinzock*

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on December 12, 2019, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 11th day of May, 2020.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By: _____

Adam F. Bennett, D.C.