IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ETIMINE USA INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2:20-cv-713 |
| | ) | |
| GOKHAN YAZICI, and | ) | JURY DEMAND |
| YZC CONSULTING LTD., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MEHMET BAYSAN

Mehmet Baysan, undersigned counsel for Plaintiff Etimine USA, Inc. ("Etimine USA"), hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff Etimine USA in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Mehmet Baysan filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: 18th day of May, 2020

/s/ Mehmet Baysan

Mehmet Baysan (NY 4922159)
BREEDING HENRY BAYSAN PC
7 World Trade Center
250 Greenwich Street, 46th Floor
New York, New York 10006
Tel: 212-813-2292
Fax: 865-670-8536
mbaysan@bhblegal.com
*Counsel for Plaintiff Etimine USA, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ETIMINE USA INC., | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 2:20-cv-713 |
| GOKHAN YAZICI, and YZC CONSULTING LTD., | ) JURY DEMAND |
| Defendants. | ) |

**AFFIDAVIT OF MEHMET BAYSAN
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Mehmet Baysan, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff Etimine USA, Inc. ("Etimine") pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Mehmet Baysan, being duly sworn, do hereby depose and say as follows:

1. I am a Partner in the law firm of Breeding Henry Baysan PC.

2. My business address is 7 World Trade Center, 250 Greenwich Street, 46 Floor, New York, New York 10006.

3. I am a member in good standing of the bar of the state of New York.

4. My bar identification number is NY 4922159.

5. I am also a member in good standing of the following bars:

    a. Commonwealth of Massachusetts;

    b. United States District for the Southern District of New York;

    c.   United States District for the Eastern District of New York; and

    d.   United States District for the District of Massachusetts.

6. As my primary bar of practice, a current certificate of good standing from the Appellate Division of the Supreme Court of the State of New York, is attached to this Affidavit as Exhibit 1.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: 18th day of May, 2020                 /s/ Mehmet Baysan
                                                           Mehmet Baysan (NY 4922159)

## **CERTIFICATE OF SERVICE**

I, Mehmet Baysan, an attorney, certify that on May 18, 2020, I served the foregoing by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Mehmet Baysan
Mehmet Baysan (NY 4922159)

# Exhibit 1



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, *Robert D. Mayberger*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Mehmet Baysan

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **13th day of April, 2011**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **29th day of May, 2019**.



*Robert D Mayberger*
Clerk