IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ETIMINE USA INC., | ) |
| Plaintiff, | ) Civil Action No. 2:20-cv-00713-WSS |
| v. | ) |
| GOKHAN YAZICI and YZC CONSULTING LTD., | ) |
| Defendants. | ) |

**STIPULATION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO LCvR7(E)**

Plaintiff, Etimine USA, Inc. and Defendant Gokhan Yazici, through their respective undersigned counsel, hereby agree, pursuant to LCvR7(e), to an extension of time for Defendant Gokhan Yazici to respond to the Complaint. Defendant Gokhan Yazici's response or motion, which was originally due on June 22, 2020, will now be due on or before Thursday, July 30, 2020.

Further, Defendant YZC Consulting Ltd. has agreed to waive service of the summons and Complaint, and notwithstanding the time period prescribed by Federal Rule of Civil Procedure 4(d)(3) and the Waiver of Service of the Summons that will be filed, Plaintiff, Etimine USA, Inc. and Defendant YZC Consulting Ltd. stipulate that Defendant YZC Consulting Ltd.'s response or motion will also now be due on or before Thursday, July 30, 2020.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| **THE LAW OFFICES OF STEPHEN S. STALLINGS, ESQ.** | **DENTONS COHEN & GRIGSBY P.C.** |
| By: /s/ Matthew W. Olinzock<br>　　Stephen S. Stallings<br>　　Pa. Id. No. 205121<br>310 Grant Street, Suite 3600<br>Pittsburgh, PA 15219<br>Tel: (412) 322-7777<br>Fax: (412) 322-7773<br>attorney@stevestallingslaw.com | By: /s/ Fridrikh V. Shrayber<br>　　Fridrikh V. Shrayber<br>　　Pa. Id. No. 208083<br>625 Liberty Avenue, 5th Floor<br>Pittsburgh, PA 15222-3152<br>Tel: (412) 297-4900<br>Fax: (412) 209-0672<br>fred.shrayber@dentons.com |
| | *Counsel for Defendants Gokhan Yazici and YZC Consulting, Ltd.* |
| Mehmet Baysan (NY 4922159)<br>(admitted *pro hac vice*)<br>BREEDING HENRY BAYSAN PC<br>7 World Trade Center<br>250 Greenwich Street, 46th Floor<br>New York, NY 10006<br>Tel: (212) 235-1127<br>mbaysan@bhblegal.com | |
| Matthew W. Olinzock (NY 4926846)<br>(admitted *pro hac vice*)<br>BREEDING HENRY BAYSAN PC<br>900 South Gay Street, Suite 1950<br>Knoxville, TN 37902<br>Tel: (865) 670-8535<br>Fax: (865) 670-8536<br>molinzock@bhblegal.com | |
| *Counsel for Plaintiff Etimine USA, Inc.* | |

Dated: June 19, 2020
3368478.v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO LCvR7(E) was filed electronically on June 19, 2020. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Fridrikh V. Shrayber
Fridrikh V. Shrayber