IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ETIMINE USA INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:20-cv-00713-WSS |
| | ) | |
| v. | ) | |
| | ) | |
| GOKHAN YAZICI and YZC CONSULTING LTD., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this _14th_ day of _October_, 2020, upon consideration of the Consent Motion for Extension of Time to Respond to the Defendants' Motion to Dismiss Plaintiff's Amended Complaint, it is hereby ORDERED that the Motion is GRANTED.

Etimine USA, Inc. shall file a motion in response to the Motion to Dismiss the Amended Complaint by no later than Friday, October 23, 2020. _Reply due by Friday, October 30, 2020._

BY THE COURT:

_/s/ William S. Stickman IV_
The Honorable William S. Stickman